IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. _____ |
| | ) | |
| vs. | ) | |
| | ) | |
| AUBREY SCHULTZ | ) | INFORMATION |

## COUNT ONE

THE U.S. ATTORNEY CHARGES:

On or about May 4th, 2020, in the District of South Carolina, defendant, Aubrey Schultz did receive and unlawfully have in her possession multiple pieces of US mail addressed to multiple victims in Berkeley County, which had been stolen, taken, embezzled and abstracted from United States Postal Service collection boxes, letter boxes, mail receptacles, and authorized depositories for U.S. mail matter, knowing the said mail matter to have been stolen, taken, embezzled and abstracted from an authorized depository for mail matter.

All in violation of 18 United States Code 1708.

_M. Rhett DeHart_
M. RHETT DEHART (AES)
ACTING UNITED STATES ATTORNEY